January 30, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

**J.C. WALTER, III, CAROLE WALTER LOOKE, J.C. WALTER, JR., LTD., F. FOX BENTON, III, MORENO ENERGY, INC., WILLIAM C. OEHMIG, THE CAIN 1988 DESCENDANTS' TRUST, MARY H. CAIN, MARY H. CAIN MARITAL TRUST, ROBERT D. JOLLY, HOWARD CHAPMAN, RUTH B. SMALLEY, ARTHUR L. SMALLEY, III, TOM E. SMALLEY, BARBARA BETH FRANK SHARMAN TRUST, JANIS KAY FRANK HENRY TRUST, AND MARGARET WEAVER, Appellants**

NO. 14-12-00011-CV            V.

**MARATHON OIL CORPORATION AND MARATHON E.G. LPG LIMITED,**
Appellees

_____

This cause, an appeal from the order denying appellants' motion to enforce final judgment, signed, December 15, 2011, was heard on the transcript of the record. The record shows that the order is not a final judgment or an appealable order. We therefore order the appeal **DISMISSED**.

We order appellants, J.C. Walter, III, Carole Walter Looke, J.C. Walter, Jr., Ltd., F. Fox Benton, III, Moreno Energy, Inc., William C. Oehmig, The Cain 1988 Descendants' Trust, Mary H. Cain, Mary H. Cain Marital trust, Robert D. Jolly, Howard Chapman, Ruth B. Smalley, Arthur L. Smalley, III, Tom E. Smalley, Barbara Beth Frank Sharman Trust, Janis Kay Frank Henry Trust, and Margaret Weaver, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.